UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-07031 |
| | ) | |
| MUBARAK H. IBRAHIM | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY  JONATHAN CYRLUK AND CARPENTER LIPPS LLP AS HIS SPECIAL COUNSEL, RETROACTIVELY

This matter having been presented to the Court on the Chapter 7 Trustee's Application to Employ Jonathan Cyrluk and Carpenter Lipps LLP ("Carpenter") As His Special Counsel (the "Application"), filed on April 9, 2024 by Gus A. Paloian, not individually, but solely as chapter 7 trustee of the bankruptcy estate of Mubarak H. Ibrahim (the "Trustee").  The Application, upon the accompanying Affidavit of Jonathan Cyrluk, requests entry of an order authorizing the employment of Carpenter to represent the Trustee in the above-referenced case.

Having considered the Motion, this Court finds and concludes that: (i) this Court has jurisdiction over this proceeding under 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois; (ii) venue is proper in this District under 28 U.S.C. § 1409(a); (iii) this proceeding is a core proceeding under 28 U.S.C. § 157(b)(2); and (iv) due and proper notice of the Motion has been given and no other or further notice is required.  In light of the foregoing,

IT IS ORDERED THAT:

1.  The Application is granted.

2.  The notice of the Application as given is deemed sufficient and proper.

3.  The Trustee is hereby authorized, pursuant to sections 327 (a) and (e) of the Bankruptcy Code, to employ Jonathan Cyrluk and The Law Offices of Carpenter Lipps, LLC as his special counsel, as set forth in the Application.

4.  The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:   _Jacqueline P. Cox_
_____

Honorable Jacqueline Cox

Dated:  April 23, 2024                United States Bankruptcy Judge

**Prepared by:**

Gus A. Paloian (6188186)
Paul J. Yovanic (6327815)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
Facsimile: (312) 460-7000
gpaloian@seyfarth.com
pyovanic@seyfarth.com