# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | BK No. 23-07031 |
| MUBARAK H. IBRAHIM, | Chapter 7 |
| Debtor. | Hon. Jacqueline Cox |
| | Hearing date:  July 2, 2024 |
| | Hearing time:  1:00 P.M. |
| | Place:  Courtroom 680 or Zoom |

## NOTICE OF CHAPTER 7 TRUSTEE'S MOTION PURSUANT TO RULE 2004 FOR LEAVE TO CONDUCT DISCOVERY OF CERTAIN PARTIES

To:   See attached list

PLEASE TAKE NOTICE that on **July 2, 2024, at 1:00 P.M.**, I will appear before the Honorable Jacqueline Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, **or** electronically as described below, and present the **Chapter 7 Trustee's Motion Pursuant to Rule 2004 for Leave to Conduct Discovery of Certain Parties**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 273 2896, and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: June 19, 2024 GUS A. PALOIAN, in his capacity as the Chapter 7 Trustee of the Debtor's Estate

By:     /s/ *Jonathan M. Cyrluk*
        Jonathan M. Cyrluk

Jonathan M. Cyrluk
Steven C. Moeller
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
cyrluk@carpenterlipps.com
moeller@carpenterlipps.com

David A. Beck*
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
614-365-4100 (tel)
614-365-9145 (fax)
beck@carpenterlipps.com

*Special counsel to Chapter 7 Trustee Gus A. Paloian*

**Pro hac vice* pending

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on June 19, 2024, he caused to be served a true and correct copy of each of the **Notice of Chapter 7 Trustee's Motion Pursuant to Rule 2004 for Leave to Conduct Discovery of Certain Parties** and the **Chapter 7 Trustee's Motion Pursuant to Rule 2004 for Leave to Conduct Discovery of Certain Parties**, to be served via (i) the Court's CM/ECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. mail, postage prepaid or certified mail, upon each of the parties, as noted, on the attached Service List.

                                                            */s/ Jonathan M. Cyrluk*
                                              Jonathan M. Cyrluk
                                              CARPENTER LIPPS LLP
                                              180 North LaSalle Street, Suite 2105
                                              Chicago, Illinois 60601
                                              312-777-4820 (tel)
                                              312-777-4839 (fax)
                                              cyrluk@carpenterlipps.com

*Special counsel to Chapter 7 Trustee Gus A. Paloian*

# SERVICE LIST

BK No. 23-07031

<u>Service Via CM/ECF</u>

Patrick S. Layng     USTPRegion11.ES.ECF@usdoj.gov;

Kimberly Bacher     kimberly.bacher@usdoj.gov, kimberlyabacher@hotmail.com;

Chester H Foster     chf@fosterlegalservices.com, dbf@fosterlegalservices.com;

Ariel Weissberg     ariel@weissberglaw.com, Hava@weissberglaw.com; rakesh@weissberglaw.com; oleh@weissberglaw.com; 6010998420@filings.docketbird.com; varun@weissberglaw.com

<u>Service Via Certified Mail Return Receipt</u>

Chase Bank
c/o J.P. Morgan Chase & Co.
Attn: Jamie Dimon
Chairman & CEO
270 Park Avenue
New York, NY 10017

Sunil Garg
Chief Executive Officer
Citibank, N.A.
399 Park Avenue
New York, NY 10022

Margaret M. Keane
Director and Chief Executive Officer
Synchrony Bank
777 Long Ridge Road
Stamford, CT 06902

Chase Visa
PO Box 15123
Wilmington, DE 19850-5123

U.S. Bank c/o U.S. Bancorp
Attn: Andrew Cecere
Chairman, President & Chief Executive Officer
c/o The Office of the Corporate Secretary
BC-MN-H210
800 Nicollet Mall
Minneapolis, MN 55402-4302

<u>Service Via U.S. Mail</u>

Brandy Garner
3473 S. King Drive
Ste. 354
Chicago, IL 60616

Erika Spyropoulos
C/O Collins Bargione & Vuckovich
1 N. LaSalle Street, Suite 300
Chicago, IL 60602-3946

Fatema Ghoura
9401 Odell Avenue
Bridgeview, IL 60455-2115

Gas Depot Oil Company
c/o John J. Conway
120 W. 22nd St., Ste.100
Oak Brook, IL 60523-4067

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20829
Fountain Valley, CA 92728-0829

Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy., Suite 350
Park Ridge, IL 60068-3277

Pentagon Federal Credit Union
ATTN: Bankruptcy Department
P.O. Box 1432
Alexandria, VA 22313-1432

Small Business Administration
409 3rd Street SW, Ste.7211
Prepaid Taxes
Washington, DC 20416-0011

The Illinois Environmental Agency
c/o Jason Clark, AAG
69 W. Washington Street, Suite 1800
Chicago, IL 60602-3018

The Illinois Environmental Agency
c/o Stephen J. Sylvester AAG
69 W. Washington St., Ste. 1800
Chicago, IL 60602-3018

Chester H Foster Jr
Foster Legal Services, PLLC
16311 Byron Drive
Orland Park, IL 60462-5632

Mubarak E. Ibrahim
9401 Odell Avenue
Bridgeview, IL 60455-2115

Karem Abdulla
10606 S. Oak Tree Drive, Apt. 2S
Worth, IL 60482-1181

Mamoun Abdoh
2523 Cedarwood Road
Cleveland, OH 44124-4246

Ammar Alesayi
5308 W. 109th Street
Oak Lawn, IL 60453-6337

Badr Ali
9113 S. 84th Street
Hickory Hills, IL, 60457-1801

Musa Ali
8052 W. Winona Street
Norridge, IL 60706-3145

Nasr Ali
4859 N. Keeler Avenue
Chicago, IL 60630

Walid Ali
9201 Orchard Lane
Bridgeview, IL 60455-2215

Ziad Alsilwadi
9357 S. Octavia Avenue
Bridgeview, IL 60455-2109

Ahmad Hallak
4532 Hastings Street
Metairie, LA 70006-2820

Osama Hallak
350 Arden Way, Apt. 105
Centerville, OH 45459-2178

Nabil Hussain
789 Medford Drive
Carol Stream, IL 60188-9289

Saleem Ibrahim a/k/a Saleem Haj Ibrahim
10606 Major Avenue, Apt. S1
Chicago Ridge, IL 60415-2328

Mir Khan
c/o Detail Accounting & Tax Service, Inc.
2726 W. Peterson Ave., Suite A
Chicago, IL, 60659

Syed H. Kirmani
212 Hogs Back Road
Oxford, CT 06478-1321

Robert D. Loncar
10954 S. Avenue B
Chicago, IL 60617-6815

Ned Malley
9566 W. 147th Street
Orland Park, IL 60462

Osama Omar a/k/a Ossama Omar a/k/a
Osama Fasil Mohammad Omar
8930 Chestnut Lane
Munster, IN 46231

George N. Reveliotis
2 Gateway Lane
Oak Brook, IL 60523-2952

Khalid "Jim" Siddiqui
1823 W. Hood Ave., Unit C
Chicago, IL 60660-2381

Naveed Siddiqui
302 Pebble Beach Lane
Bartlett, IL 60103-4077

Arshia Syed
4639 Fitch Avenue
Lincolnwood, IL 60712

Iftekhar Syed
4639 Fitch Avenue
Lincolnwood, IL 60712

Imtiaz Syed
18W172 16th Street
Villa Park, IL 60181-3851

Athar Tayyabi
4596 15 Mile Road, Apt. 106
Sterling Heights, MI 48310-5468

Michael Tinaglia
21971 W. Lake Avenue
Round Lake, IL 60073-9606

Chris Troiola
1050 W. Irving Park Road, Unit 502
Itasca, IL 60143-6224

Avinash Verma
6625 N. Kimball Avenue
Lincolnwood, IL 60712-3731

Neelam Verma
6625 N. Kimball Avenue
Lincolnwood, IL 60712-3731

119 Property Investors LLC
856 West Nelson Avenue
Chicago, IL 60657

11900 Marshfield Inc.
11900 S. Marshfield Ave.
Calumet Park, IL 60827

11900 Marshfield LLC
c/o Mubarak Ibrahim
11900 S. Marshfield Ave.
Calumet Park, IL 60827

11900 Marshfield Station Inc.
c/o John Mraibie
11497 John Humphrey Dr., Suite 200
Orland Park, IL 60462-2637

6

12108 Homer Glen LLC
c/o Robert D. Loncar
30501 E. 106th Street, Suite 206
Chicago, IL 60617-6625

1401 State Line, Inc.
c/o Nasr Ali
4859 N. Keeler Ave.
Chicago, IL 60630-2711

2705 Gary Station LLC
c/o John Ortoleva, Jr.
335 E. Maple Rd., Suite 200
Birmingham, MI 48009

9856 South Cicero LLC
c/o Syed Kirmani
9856 S. Cicero Avenue
Oak Lawn, IL 60453-3140

12108 W 159 Homer Glen LLC
c/o Registered Agents Inc.
2501 Chatham Road
Springfield, IL 62704

A2Z Petroleum, Inc.
c/o Imtiaz Syed
18W172 16th Street
Villa Park, IL, 60181-3851

AHM Properties, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

AHM Properties II, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

AHM Properties III, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

AHM Properties IV, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

ALWAN Printing, Inc.
c/o Berj Khaleel
6107 Knoll Valley Drive, Suite 308
Willow Brook, IL 60514

ATM Gas LLC
23509 John Rd.
Hazel Park, MI 48083

ATMI Gas LLC
23509 John Rd.
Hazel Park, MI 48083

AZ SPC LLC
12346 S. Keeler Avenue
Alsip, IL 60803-1813

AZ SPE LLC
c/o Halawa Illinois Registered Agent
7000 w. 111th Street, Suite 205
Worth, IL 60482-1851

Best Donuts & Coffee, Inc.
c/o Terrence Markham
4501 S. Harlem
Forest View, IL 60402

BLC Prime Lending Fund LLC
Attn: Justin Blackhall, Registered Agent
15375 Barranca Pkwy, Suite B-202
Irvine, CA 92618

Calumet Fuel, Inc.
c/o Nasr Ali
4859 Keeler Ave.
Chicago, IL 60630-2711

7

Daljinder & Associates LLC
c/o Daljinder Singh
3815 Augusta Lane
Elkhart, IN 46517

Elegant Properties, Inc.
c/o Imtiaz Syed
18W172 16th Street
Villa Park, IL, 60181-3851

Elegant Properties 2, Inc.
c/o Osama Omar
671 River Oaks Dr.
Calumet City, IL 60409-5711

Fast Track Ventures
c/o John Ortoleva, Jr.
335 E. Maple Rd., Suite 200
Birmingham, MI 48009

Homer Glen Citgo
c/o Shadi Haddad
12108 W. 159th Street
Homer Glen, IL 60491-8017

Homer Glen 159th LLC
c/o Chris Troiola
1050 W. Irving Park Road, Unit 502
Itasca, IL 60143-6224

Integrity Investment Fund, LLC
c/o Registered Agents Inc.
2501 Chatham Road, Suite R
Springfield, IL 62704

KK Trading, Inc.
1401 State St.
Chicago Heights, IL 60411

Lakewood Real Estate, Inc.
c/o Cyriac K. Chandy
960 Rand Road, Suite 208
Des Plaines, IL 60016-2355

Lakewood Business, Inc.
c/o Cyriac K. Chandy
960 Rand Road, Suite 208
Des Plaines, IL 60016-2355

Marathon 8 Mile
c/o Athar Tayyabi
11 E. Eight Mile Rd.
Hazel Park, MI 48030

Marshfield Citgo
c/o Nasr Ali
4859 Keeler Avenue
Chicago, IL 60630-2711

Marshfield LLC
c/o Luis Martinez
4111 W. 63rd Street
Chicago, IL 60629

Mobil Convenient Mart, Inc.
Attn: Badr Ali, Registered Agent
11900 S. Marshfield Ave.
Calumet Park, IL 60827

Mobil Convenient Mart LLC
Attn: Badr Ali, Registered Agent
11900 S. Marshfield Ave.
Calumet Park, IL 60827

Newtek Small Business Finance, LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Newtek Small Fin. LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Peoples Petroleum, Inc.
c/o Shadi Haddad
12108 W. 159th Street
Homer Glen, IL 60491-8017

Petroleum Investment Properties, LLC
c/o Nasr Ali
4859 Keeler Avenue
Chicago, IL 60630-2711

Petroleum Properties LLC
c/o Nasser Bazi
14127 Linwood
Detroit, MI 48238

Somercor 504 Inc.
c/o Manuel Flores
209 S. LaSalle Street, Suite 203
Chicago, IL 60604

Taha Enterprises, Inc.
c/o Rafiz Ahmed Pathan
6327 Davane Court
Downers Grove, IL 60516

T&M, Inc.
c/o Mike Alch
1600 N. State Route 50, Unit 724A
Bourbonnais, IL 60914

Petroleum Management Team, Inc.
c/o Mubarak Ibrahim
11900 S. Marshfield Ave.
Calumet Park, IL 60827

SNK Petroleum Wholesalers, Inc.
1983 Route 42, Suite 1A
Hopewell Junction, NY 12533

SPC-B LLC
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604-1101

Tinley Park Properties, LLC
c/o Iftekhar Syed
350 W. 22nd Street, Suite 107
Lombard, IL 60148-6447

Zayan Finance, Ltd.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | BK No. 23-07031 |
| MUBARAK H. IBRAHIM, | Chapter 7 |
| Debtor. | Hon. Jacqueline Cox |
| | Hearing date:   July 2, 2024 |
| | Hearing time:   1:00 P.M. |
| | Place:              Zoom or Courtroom 680 |

**CHAPTER 7 TRUSTEE'S MOTION PURSUANT TO RULE 2004 FOR LEAVE TO CONDUCT DISCOVERY OF CERTAIN PARTIES**

Gus A. Paloian, in his capacity as the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Mubarak H. Ibrahim ("Ibrahim" or the "Debtor"), respectfully requests that the Court enter an order under 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 2004 authorizing the Trustee to issue document and deposition subpoenas to the individuals and entities listed on **Exhibit A** (the "Rule 2004 Examinees").

**I.    Jurisdiction and Venue**

1.    The Court has subject-matter jurisdiction under 28 U.S.C. §§ 157 & 1334. Venue lies in this district under 28 U.S.C. § 1409(a). This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) & (O). The case is properly referred to the bankruptcy court under Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

**II.    Background**

*A.    This proceeding*

2.    On May 28, 2023, the Debtor filed a voluntary chapter 7 petition and the Trustee was appointed. (Dkt. 1.)

1

3. From June 1, 2023 to January 24, 2024, the Trustee held continued creditors' meetings and investigated the Debtor's assets. On January 24, 2024, the Trustee filed his initial report on the Debtor's assets, stating his conclusion that the Estate likely has assets that can be reached at an acceptable cost and within a reasonable time. (Dkt. 33.)

4. On April 9, 2024, the Trustee moved to employ Seyfarth Shaw LLP as counsel for the Trustee and Carpenter Lipps LLP as special litigation counsel to investigate and if appropriate pursue claims against third parties on behalf of the Estate. (Dkts. 41-42.) The Court granted these motions on April 23, 2024. (Dkts. 45-46.)

### B. The Debtor's Businesses and Potential Claims

5. The Debtor is an individual residing in Bridgeview, Illinois. The Trustee has learned that the Debtor formerly owned valuable assets, including many gas stations, a gaming license, and real estate. In 2008, the Debtor reported assets of over $21.6 million to a bank in connection with a loan.

6. On January 15, 2010, the Debtor took out a loan for $5,170.299.21 from Theodore Spyropolous. On March 28, 2017, Erika Spyropolous and the estate of Theodore Spyropolous filed suit (the "Spyropolous Lawsuit") against the Debtor in the Circuit Court of Cook County, Illinois, seeking recovery on a note made by the Debtor in connection with the loan. On December 4, 2019, the Circuit Court of Cook County entered judgment (the "Spyropolous Judgment") against the Debtor for $11,082,999.50 plus attorney's fees.

7. In post-Spyropolous Judgment proceedings, the Debtor claimed that he had virtually no assets, despite previously having assets of $21.6 million.

8. Based on records and information the Trustee has gathered to date, it appears that while the Spyropolous Lawsuit was pending, the Debtor may have dissipated millions in assets

in a series of transactions that appear to involve the Debtor's friends and relatives. The transactions include:

- **Home in Bridgeview, Illinois.** In 2015, an entity the Debtor apparently controlled had quitclaimed the Debtor's house on Odell Avenue in Bridgeview to the Debtor's parents. In 2017, the Debtor's parents quitclaimed it to themselves and the Debtor.

- **Gas station in Gary, Indiana.** In September 2018, the Debtor transferred real estate suitable for use as a gas station to 2701 Gary Station LLC.

- **11900 Marshfield Station, Inc.** The Marshfield entity operated a gas station and convenience store in Homer Glen, Illinois. In April 2019, the business obtained a gaming license. The entity was 100% owned by the Debtor. In November 2019, however, the Debtor claims he transferred the entirety of the ownership interest in the company to wife, Sawsan Hamsi, but the Debtor has not provided any document to show that the transfer occurred. The Debtor's attorney has admitted in the state court litigation that the Debtor received no consideration for this purported transfer.

9.  After the Spyropolous Judgment was entered, there were further transactions relating to assets in which the Debtor may have an interest, including:

- **11900 Marshfield Station, Inc.** In January 2020, the Debtor's wife sold 85% of the interest in 11900 Marshfield Station, Inc. to the Debtor's friend, Badr Ali, for $60,000. This appears to include the gaming license (the proceeds of which are not accounted for in the Debtor's records).

- **11900 Marshfield Station LLC.** This entity owned the real estate on which the Marshfield Station business operates. As of June 2019, Nasr Ali, a friend of the Debtor, purported to own 5% of the LLC membership interest. On January 28, 2022, 11900 Marshfield Station LLC sold the real estate to "Petroleum Investment Properties, Inc." On May 10, 2022, the Debtor filed a property tax appeal with the Illinois Property Tax Appeal Board asserting that he was the current owner of the real estate.

- **2701 Gary Station LLC.** In February 2021, an Illinois entity by this name transferred a gas station to an identically named Indiana entity, which then mortgaged the property to Bank of George (now called GBank). Later in 2021, this same entity would be transferred two more times to other entities.

- **9856 South Cicero Avenue.** In May 2021, an entity controlled by the Debtor, Elegant Properties, conveyed this property to an entity called "9856 South

3

Cicero," which the Trustee believes at one point was owned by associates of the Debtor, Amhad and Osama Hallack.

- **Petroleum Management Team.** This entity owned a gas station at 12108 West 159th Street in Homer Glen. In December 2022, it transferred the business to 12108 Homer Glen LLC.

### III. Argument

10. 11 U.S.C. § 105(A) authorizes this Court to issue "any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code.]"

11. Bankruptcy Rule 2004(a) authorizes the Court to order the examination of any entity on motion of any party in interest. *See* Fed. R. Bankr. P. 2004(a). The scope of the examination is governed by Bankruptcy Rule 2004(b), which provides, in relevant part: "The examination of an entity under this rule or of the debtor under § 343 of the Code may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Fed. R. Bankr. P. 2004(b).

12. Furthermore, Bankruptcy Rule 2004(c) provides that the attendance of any entity for examination and the production of documents may be compelled by subpoena in accordance with Bankruptcy Rule 9016. *See* Fed. R. Bankr. P. 2004(c).

13. In his ongoing investigation of potential assets and causes of action of the Estate, the Trustee has identified certain individuals and entities that are likely to possess documents and information related to the Debtor's assets and liabilities. Such individuals and entities are listed on **Exhibit A** attached to this Motion. The form subpoena the Trustee intends to serve on the Rule 2004 Examinees is attached as **Exhibit B**. The Rule 2004 Examinees generally fall into two categories: (i) business associates or other persons who the Debtor transferred property to, and

4

(ii) entities that either are currently or were previously owned or controlled by the Debtor or his business associates that appear to have been involved with transactions with the Debtor.

14. This Court has recognized the broad scope of Rule 2004, the purpose of which is to facilitate the discovery and administration of bankruptcy estate assets: "The scope of inquiry under Bankruptcy Rule 2004 is very broad. Great latitude of inquiry is ordinarily permitted. . . . Generally, a Rule 2004 examination is a broad fishing expedition into a party's affairs for the purpose of obtaining information relevant to the administration of the bankruptcy estate. Rule 2004 is substantially a pre-litigation device for assessing whether grounds exist to commence an action." *In re Handy Andy Home Improvement Ctrs., Inc.*, 199 B.R. 376, 379-380 (Bankr. N.D. Ill. 1996) (citations and quotations omitted); *accord In re The Bennett Funding Group, Inc.*, 203 B.R. 24, 28 (Bankr. N.D. N.Y. 1996) ("The purpose of such a broad discovery tool is to assist the trustee in revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed.").

15. Accordingly, the relief requested in this Motion is proper under the broad scope and purpose of Rule 2004. Every subpoena issued in connection with Rule 2004 is subject to the protections provided by Federal Rule of Civil Procedure 45(c), including the responding party's right to object to, or move to quash, the subpoena. *See* Bankruptcy Rule 9016 (making Rule 45 applicable in all cases under the Bankruptcy Code); *see also* Bankruptcy Rule 2004(c) (permitting the use of subpoenas to compel the attendance of an entity for examination and the production of documents in accordance with Bankruptcy Rule 9016).

### IV. Notice

16. Notice of this motion has been given to: (a) the Rule 2004 Examinees; (b) CM/ECF registrants; (c) the Debtor's bankruptcy counsel; (d) creditors as stated in the Service

5

List attached to the accompanying notice; and (e) all parties requesting notice. The Trustee respectfully submits that such notice is sufficient, and no other or further notice is necessary.

## V.  No prior request

17.  The Trustee has not made a prior request to this or any other Court for the relief requested herein.

WHEREFORE, the Trustee respectfully requests that the Court enter an order substantially in the form attached to this Motion: (a) authorizing the Trustee to request the production of documents from the Rule 2004 Examinees, (b) conduct Rule 2004 examinations of the Rule 2004 Examinees, (c) to issue subpoenas to compel attendance for such examinations and the production of documents; and (d) granting any other relief the Court deems just and proper.

Dated: June 19, 2024

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate

By:    */s/ Jonathan M. Cyrluk*
       Jonathan M. Cyrluk

*Counsel to Chapter 7 Trustee Gus A. Paloian*

Jonathan M. Cyrluk
Steven C. Moeller
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
cyrluk@carpenterlipps.com
moeller@carpenterlipps.com

David A. Beck*
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
614-365-4100 (tel)
614-365-9145 (fax)
beck@carpenterlipps.com

*Special counsel to Chapter 7 Trustee Gus A. Paloian*

**Pro hac vice* pending

7