# **<u>EXHIBIT A</u>**

# RULE 2004 EXAMINEES

**Ibrahim Business Associates**

Karem Abdulla
10606 S. Oak Tree Drive, Apt. 2S
Worth, IL 60482-1181

Mamoun Abdoh
2523 Cedarwood Road
Cleveland, OH 44124-4246

Ammar Alesayi
5308 W. 109th Street
Oak Lawn, IL 60453-6337

Badr Ali
9113 S. 84th Street
Hickory Hills, IL, 60457-1801

Musa Ali
8052 W. Winona Street
Norridge, IL 60706-3145

Nasr Ali
4859 N. Keeler Avenue
Chicago, IL 60630

Walid Ali
9201 Orchard Lane
Bridgeview, IL 60455-2215

Ziad Alsilwadi
9357 S. Octavia Avenue
Bridgeview, IL 60455-2109

Ahmad Hallak
4532 Hastings Street
Metairie, LA 70006-2820

Osama Hallak
350 Arden Way, Apt. 105
Centerville, OH 45459-2178

Nabil Hussain
789 Medford Drive
Carol Stream, IL 60188-9289

Saleem Ibrahim a/k/a Saleem Haj Ibrahim
10606 Major Avenue, Apt. S1
Chicago Ridge, IL 60415-2328

Mir Khan
c/o Detail Accounting & Tax Service, Inc.
2726 W. Peterson Ave., Suite A
Chicago, IL, 60659

Syed H. Kirmani
212 Hogs Back Road
Oxford, CT 06478-1321

Robert D. Loncar
10954 S. Avenue B
Chicago, IL 60617-6815

Ned Malley
9566 W. 147th Street
Orland Park, IL 60462

Osama Omar a/k/a Ossama Omar a/k/a Osama Fasil Mohammad Omar
8930 Chestnut Lane
Munster, IN 46231

George N. Reveliotis
2 Gateway Lane
Oak Brook, IL 60523-2952

Khalid "Jim" Siddiqui
1823 W. Hood Ave., Unit C
Chicago, IL 60660-2381

Naveed Siddiqui
302 Pebble Beach Lane
Bartlett, IL 60103-4077

Arshia Syed
4639 Fitch Avenue
Lincolnwood, IL 60712

Iftekhar Syed
4639 Fitch Avenue
Lincolnwood, IL 60712

Imtiaz Syed
18W172 16th Street
Villa Park, IL 60181-3851

Athar Tayyabi
4596 15 Mile Road, Apt. 106
Sterling Heights, MI 48310-5468

Michael Tinaglia
21971 W. Lake Avenue
Round Lake, IL 60073-9606

Chris Troiola
1050 W. Irving Park Road, Unit 502
Itasca, IL 60143-6224

Avinash Verma
6625 N. Kimball Avenue
Lincolnwood, IL 60712-3731

Neelam Verma
6625 N. Kimball Avenue
Lincolnwood, IL 60712-3731

**Relevant Entities**

119 Property Investors LLC
856 West Nelson Avenue
Chicago, IL 60657

11900 Marshfield Inc.
11900 S. Marshfield Ave.
Calumet Park, IL 60827

11900 Marshfield LLC
c/o Mubarak Ibrahim
11900 S. Marshfield Ave.
Calumet Park, IL 60827

11900 Marshfield Station Inc.
c/o John Mraibie
11497 John Humphrey Dr., Suite 200
Orland Park, IL 60462-2637

12108 Homer Glen LLC
c/o Robert D. Loncar
30501 E. 106th Street, Suite 206
Chicago, IL 60617-6625

1401 State Line, Inc.
c/o Nasr Ali

4859 N. Keeler Ave.
Chicago, IL 60630-2711

2705 Gary Station LLC
c/o John Ortoleva, Jr.
335 E. Maple Rd., Suite 200
Birmingham, MI 48009

9856 South Cicero LLC
c/o Syed Kirmani
9856 S. Cicero Avenue
Oak Lawn, IL 60453-3140

12108 W 159 Homer Glen LLC
c/o Registered Agents Inc.
2501 Chatham Road
Springfield, IL 62704

A2Z Petroleum, Inc.
c/o Imtiaz Syed
18W172 16th Street
Villa Park, IL, 60181-3851

AHM Properties, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

AHM Properties II, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

AHM Properties III, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

AHM Properties IV, Inc.
c/o Imtiaz Syed
11900 S. Marshfield Avenue
Calumet Park, IL 60827-5346

ALWAN Printing, Inc.
c/o Berj Khaleel
6107 Knoll Valley Drive, Suite 308
Willow Brook, IL 60514

ATM Gas LLC
23509 John Rd.
Hazel Park, MI 48083

ATMI Gas LLC
23509 John Rd.
Hazel Park, MI 48083

AZ SPC LLC
12346 S. Keeler Avenue
Alsip, IL 60803-1813

AZ SPE LLC
c/o Halawa Illinois Registered Agent
7000 w. 111th Street, Suite 205
Worth, IL 60482-1851

Best Donuts & Coffee, Inc.
c/o Terrence Markham
4501 S. Harlem
Forest View, IL 60402

BLC Prime Lending Fund LLC
Attn: Justin Blackhall, Registered Agent
15375 Barranca Pkway, Suite B-202
Irvine, CA 92618

Calumet Fuel, Inc.
c/o Nasr Ali
4859 Keeler Ave.
Chicago, IL 60630-2711

Daljinder & Associates LLC
c/o Daljinder Singh
3815 Augusta Lane
Elkhart, IN 46517

Elegant Properties, Inc.
c/o Imtiaz Syed
18W172 16th Street
Villa Park, IL, 60181-3851

Elegant Properties 2, Inc.
c/o Osama Omar
671 River Oaks Dr.
Calumet City, IL 60409-5711

Fast Track Ventures
c/o John Ortoleva, Jr.
335 E. Maple Rd., Suite 200
Birmingham, MI 48009

Homer Glen Citgo
c/o Shadi Haddad
12108 W. 159th Street
Homer Glen, IL 60491-8017

Homer Glen 159th LLC
c/o Chris Troiola
1050 W. Irving Park Road, Unit 502
Itasca, IL 60143-6224

Integrity Investment Fund, LLC
c/o Registered Agents Inc.
2501 Chatham Road, Suite R
Springfield, IL 62704

KK Trading, Inc.
1401 State St.
Chicago Heights, IL 60411

Lakewood Real Estate, Inc.
c/o Cyriac K. Chandy
960 Rand Road, Suite 208
Des Plaines, IL 60016-2355

Lakewood Business, Inc.
c/o Cyriac K. Chandy
960 Rand Road, Suite 208
Des Plaines, IL 60016-2355

Marathon 8 Mile
c/o Athar Tayyabi
11 E. Eight Mile Rd.
Hazel Park, MI 48030

Marshfield Citgo
c/o Nasr Ali
4859 Keeler Avenue
Chicago, IL 60630-2711

Marshfield LLC
c/o Luis Martinez

4111 W. 63rd Street
Chicago, IL 60629

Mobil Convenient Mart, Inc.
Attn:  Badr Ali, Registered Agent
11900 S. Marshfield Ave.
Calumet Park, IL 60827

Mobil Convenient Mart LLC
Attn:  Badr Ali, Registered Agent
11900 S. Marshfield Ave.
Calumet Park, IL 60827

Newtek Small Business Finance, LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Newtek Small Fin. LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Peoples Petroleum, Inc.
c/o Shadi Haddad
12108 W. 159th Street
Homer Glen, IL 60491-8017

Petroleum Investment Properties, LLC
c/o Nasr Ali
4859 Keeler Avenue
Chicago, IL 60630-2711

Petroleum Management Team, Inc.
c/o Mubarak Ibrahim
11900 S. Marshfield Ave.
Calumet Park, IL 60827

Petroleum Properties LLC
c/o Nasser Bazi
14127 Linwood
Detroit, MI 48238

SNK Petroleum Wholesalers, Inc.
1983 Route 42, Suite 1A
Hopewell Junction, NY 12533

Somercor 504 Inc.
c/o Manuel Flores
209 S. LaSalle Street, Suite 203
Chicago, IL 60604

SPC-B LLC
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604-1101

Taha Enterprises, Inc.
c/o Rafiz Ahmed Pathan
6327 Davane Court
Downers Grove, IL 60516

Tinley Park Properties, LLC
c/o Iftekhar Syed
350 W. 22nd Street, Suite 107
Lombard, IL 60148-6447

T&M, Inc.
c/o Mike Alch
1600 N. State Route 50, Unit 724A
Bourbonnais, IL 60914

Zayan Finance, Ltd.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261